UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In re: John O. Crispin and Sharon K. Crispin,     Case #10-49725
                                                  Chapter 7
                    Debtor(s).                    Judge: Marci B. McIvor

-------------------------------------------------------------------------------------------------------------------/

## CERTIFICATE OF SERVICE

I, Guy T. Conti, do hereby affirm under penalty of perjury, that on the date specified below I served a copy of the listed documents, below, on the parties listed, below, by placing said documents in the U.S. Mail, first-class postage fully prepaid. On the same day, I also served a copy of the listed documents on the Chapter 7 Case Trustee or Chapter 13 Standing Trustee, as may be applicable, through this Court's CM/ECF system.

Documents Served
Amended Schedule F (09/12/2010)
Cover Sheet for Amendments (09/12/2010)
Notice of Commencement
Copy of LBR 1009-1(d)
This Certificate of Service

Parties Served
Diane Wright
5516 NE Oaks Ridge Ln
Lees Summit, MO 64064

Ken Wright
5516 NE Oaks Ridge Ln
Lees Summit, MO 64064

Date: 09/12/2010

                                                  /s/Guy T. Conti
                                                  Guy T. Conti (P68889)
                                                  Attorney for Debtor(s)
                                                  ContiLegal
                                                  2002 Hogback Road, Suite 11
                                                  Ann Arbor, MI 48105
                                                  888.489.3232 voice
                                                  888.848.8228 fax
                                                  gconti@contilegal.com